```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :    Crim. No. 10-383

        v.                      :    Hon. Faith S. Hochberg

JAYSHAUN GILES
 a/k/a TYRONE A. HENDLEY        :    UNSEALING ORDER
```

This matter having come before the Court on the application of the United States of America (Samuel A. Stern, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and the Indictment having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 16th day of July, 2010,

ORDERED that the Indictment filed in the above-captioned matter be unsealed.

```
                              /s/ Faith S. Hochberg
                          HON. FAITH S. HOCHBERG
                          UNITED STATES DISTRICT JUDGE
```