UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Mag. No. 10-383 |
| TYRONE A. HENDLEY<br>a/k/a JAYSHAUN GILES | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey, (by Samuel A. Stern, Assistant U.S. Attorney, and defendant Tyrone A. Hendley a/k/a Jayshaun Giles(by Lisa Mack, Esq.), for an order granting a second continuance of the proceedings in the above-captioned matter for a period of 40 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The defendant being aware that he has the right to a trial within seventy days of the date of his initial appearance on the Indictment pursuant to Title 18, United States Code, Section 3161(b),and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary; and

(2)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 29th day of September, 2010,

ORDERED that this action be, and it hereby is, continued for a period of 40 days from September 24, 2010; and it is further

ORDERED that the period from September 24, 2010 through November 2, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. FAITH S. HOCHBERG
United States District Judge

Form and entry
consented to:

Samuel A. Stern
Assistant U.S. Attorney

Lisa Mack, Esq.
Counsel for defendant Tyrone A. Hendley a/k/a Jayshaun Giles